# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff(s),<br><br>vs.<br><br>CANYON TRAILS HOMEOWNERS ASSOCIATION, et al.,<br><br>Defendant(s). | Case No. 2:17-cv-01239-JCM-NJK<br><br>**ORDER** |

Defendant Terra West Collections Group LLC was required to respond to the complaint by May 25, 2017. *See* Docket No. 7. To date, Terra West has not appeared, no request has been made to extend its deadline to respond to the complaint, and no motion for default has been filed. Accordingly, Plaintiff is **ORDERED** to file a status report with respect to Terra West by July 7, 2017.

IT IS SO ORDERED

Dated: June 30, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge