# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

U.S. BANK, NATIONAL ASSOCIATION,

            Plaintiff(s),

v.

CANYON TRAILS HOMEOWNERS ASSOCIATION, et al.,

            Defendant(s).

Case No. 2:17-cv-01239-JCM-NJK

**ORDER**

       Pending before the Court is Plaintiff's status report. Docket No. 19. The Court hereby **ORDERS** Defendant Terra West to respond to the complaint by July 17, 2017. If it does not do so, Plaintiff shall commence default proceedings by July 24, 2017. Plaintiff shall serve a copy of this order on counsel for Terra West, and shall file a proof of service by July 10, 2017.

       IT IS SO ORDERED.

       Dated: July 7, 2017

                                                        _____
                                                        NANCY J. KOPPE
                                                         UNITED STATES MAGISTRATE JUDGE