LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
DAVID MARKMAN, ESQ.
Nevada Bar No. 12440
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
bebert@lipsonneilson.com
dmarkman@lipsonneilson.com

Attorneys for Defendant Antelope Homeowners' Association

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO WACHOVIA BANK, NATIONAL ASOCIATION, AS TRUSTEE FOR THE HOLDERS OF GSAA 2005-14 TRUST FUND;<br><br>Plaintiff,<br><br>v.<br><br>CANYON TRAILS HOMEOWNERS ASSOCIATION; TERRA WEST COLLECTIONS GROUP LLC d/b/a ASSESSMENT MANAGEMENT SERVICES; and VEGAS PROPERTY SERVICES INC., DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-01239-JCM-NJK<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND CANYON TRAILS HOMEOWNERS ASSOCIATION'S RESPONSE TO U.S. BANK, N.A.'s COMPLAINT**<br><br>**(1st Request)** |

Defendant CANYON TRAILS HOMEOWNERS ASSOCIATION ("HOA") and Plaintiff U.S. BANK, N.A., by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant HOA to Respond to Plaintiff U.S. BANK, N.A.'s Complaint shall be extended to **July 13, 2017**. HOA's Response was originally due on May 25, 2016. However, HOA's counsel

was just recently retained, and due to the overall increase in HOA litigation, counsel requests more time to evaluate the complaint. The parties respectfully submit that excusable neglect is shown in requesting this extension, as follows:

1. Counsel for the HOA did not receive a copy of the summons and complaint herein until approximately June 26, 2017, when it was provided by the HOA's insurance carrier.

2. Counsel for the HOA is unaware of the circumstances that led to this delay.

3. Counsel for the HOA is informed and believes that the HOA's insurance carrier itself did not receive a copy of the summons and complaint until after the due date for the response to the complaint had passed.

The parties hereby stipulate to extend the time to respond as a courtesy given the circumstances. This request is made in good faith and not for purposes of delay.

DATED this __12th__ day July, 2017.

| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.<br><br>     /s/ J. William Ebert<br>By:_____<br>J. William Ebert, Esq. (Bar No. 2697)<br>David A. Markman, Esq. (Bar No. 12440)<br>9900 Covington Cross Dr., Suite 120<br>Las Vegas, NV 89144<br>(702) 382-1500<br><br>*Attorneys for Defendant Canyon Trails HOA* | AKERMAN, LLP<br><br>     /s/ Vatana Lay<br>By:_____<br>Melanie Morgan, Esq. (Bar No. 8215)<br>Vatana Lay, Esq. (Bar No. 12993)<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>(702) 634-5000<br><br>*Attorneys for Plaintiff U.S. Bank, N.A.* |

**ORDER**

IT IS SO ORDERED.

**DENIED** as moot. See Docket No. 26.

DATED this __13th__ day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

*/s/ J. William Ebert*
By:_____
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
DAVID A. MARKMAN, ESQ.
Nevada Bar No. 12440
9900 Covington Cross Drive, Suite 120
Las Vegas, NV  89144

*Attorneys for Defendant Canyon Trails Homeowners Association*

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada  89144
(702) 382-1500   FAX: (702) 382-1512